UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FRANCIS POOLE,<br><br>        Plaintiff,<br><br>   v.<br><br>SAN MATEO COUNTY,<br><br>        Defendant. | Case No. 24-cv-00006-RFL<br><br>**ORDER OF DISMISSAL** |

      Mail sent by the Court to Plaintiff was returned as undeliverable more than 60 days ago because he is no longer in custody. (Dkt. No. 12.) Plaintiff has not provided an updated address to the Court. Accordingly, this federal civil rights action is DISMISSED without prejudice, because Plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Federal Rule of Civil Procedure 41(b).

      Because this dismissal is without prejudice, Plaintiff may move to reopen the suit and have proceedings reinstated. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

      The Clerk shall enter judgment in favor of Defendant and close the file.

      **IT IS SO ORDERED.**

Dated: December 18, 2024

                                                    RITA F. LIN<br>
                                                    United States District Judge